# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DENNIS GAMARRA,**<br><br>**Defendant.** | Criminal Case No.  22-cr-<br><br>**VIOLATION:**<br>18 U.S.C. § 641 (Theft of Government Property, Money, or Records)<br><br>**FORFEITURE:**<br>28 U.S.C. § 2461(c) and<br>21 U.S.C. § 853(p) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From on or about October 23, 2017 through on or about June 21, 2020, in the District of Columbia, the defendant, Dennis Gamarra, willfully and knowingly did steal and purloin Microsoft Surface Tablets and Dell Laptops, of a value exceeding $1,000, of the goods and property of the United States, in violation of 18 U.S.C. § 641.

**(Theft of Government Property, Money, or Records, in violation of 18 U.S.C. § 641)**

### FORFEITURE ALLEGATION

1. Count One of this Information is re-alleged for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of Theft of Government Property, Money, or Records in violation of Title 18, United States Code, Section 641 set forth in Count One of this Information, the defendant,

Dennis Gamarra, shall forfeit to the United States of America, pursuant to Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, a money Judgment in the amount of $ 56,960.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Forfeiture pursuant to 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p))**

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Jeffrey Nestler*
Jeffery Nestler
Will Hart
Assistant United States Attorneys
D.C. Bar No. 978296 (Nestler)
D.C. Bar No. 1029325 (Hart)
United States Attorney's Office
for the District of Columbia
601 D St. NW
Washington, D.C. 20530
202-252-7277 (Nestler)
202-252-7877 (Hart)